Joseph R. Dunn (SBN 238069)
jrdunn@mintz.com
Abigail V. O'Brient (SBN 265704)
avobrient@mintz.com
Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.
3580 Carmel Mountain Road, Suite 300
San Diego, CA 92130
Telephone: 858-314-1500
Facsimile: 858-314-1501

Attorneys for Plaintiff and Judgment Creditor
IROQUOIS MASTER FUND, LTD.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IROQUOIS MASTER FUND, LTD., <br><br> Plaintiff and Judgment Creditor, <br><br> vs. <br><br> GLOBAL ePOINT, INC. <br><br> Defendant and Judgment Debtor. | Case No. 2:08-cv-07761-UA (SSx) <br><br> **RENEWAL OF JUDGMENT** <br><br> <u>[No hearing required]</u> <br><br> District Judge: Unassigned <br> Magistrate Judge: Suzanne H. Segal |

On September 19, 2017, judgment creditor Iroquois Master Fund, Ltd. ("Judgment Creditor") filed an Application for and Renewal of Judgment [Dkt. 73] (the "Application") with respect to the judgment in favor of Judgment Creditor and against judgment debtor Global ePoint, Inc. ("Judgment Debtor") in the amount of $5,292,853.20 (the "Judgment") entered in case number 07-cv-1789 by the United States District Court for the Southern District of New York on August 7, 2007, which Judgment was registered in this District on October 9, 2007. Upon consideration of the Application,

IT IS HEREBY ORDERED THAT:

1. The Judgment against Judgment Debtor and in favor of Judgment

72163105v.1

Creditor is renewed in the amount of $6,597,803.57, and is comprised of the following amounts:

| | |
|---|---:|
| Total original judgment | $5,292,503.20 |
| Plus costs after judgment | $350.00 |
| Less credits after judgment | $1,185,401.26 |
| Plus interest after judgment | $2,490,351.63 |
| **Total renewed judgment** | **$6,597,803.57** |

2. This Renewal of Judgment extends the period of enforceability of the Judgment until ten (10) years from the date the Application was filed.

Dated: 10/5/17

B. Moss       Deputy
Clerk, _____
United States District Court for the Central District of California

72163105v.1